AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00415 |
| v. | ) | Assigned to: Judge Harvey, G. Michael |
| Anton Lunyk | ) | Assign Date: 5/5/2021 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) |  |
|  | ) |  |
| Defendant |  |  |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Anton Lunyk,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D), (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 05/05/2021

Digitally signed by G. Michael Harvey
Date: 2021.05.05 14:33:32 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/05/21, and the person was arrested on *(date)* 5/11/21
at *(city and state)* Brooklyn, New York.

Date: 5/11/21

*Arresting officer's signature*

Michael Arbittier /SA
*Printed name and title*