AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 21 MJ 415 |
| Anton Lunyk | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anton Lunyk                                              .

Date:   06/04/2021

/s/
*Attorney's signature*

Michael Weil (NY 2699817)
*Printed name and bar number*
Federal Defenders of New York
One Pierretpon Plaza
16th Floor
Brooklyn, NY 10012
*Address*

michael_weil@fd.org
*E-mail address*

(718) 407-7413
*Telephone number*

(718) 855-0760
*FAX number*