### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 21-cr-410 (RC) |
| | : | |
| **ANTON LUNYK,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE UNDER LOCAL CRIMINAL RULE 57.12(b)(3) OF RELATED CASES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files notice, pursuant to Local Criminal Rule 57.12(b)(3), that *United States v. Anton Lunyk*, 21-cr-410 (RC), and *United States v. Francis Connor and Antonio Ferrigno*, 21-mj-580 (ZMF), are related cases.

The prosecution of all three defendants arises from activities which are a part of the same criminal event. All three defendants knew each other prior to January 6, 2021. All three men live in New York and traveled to Washington, D.C. for the events of January 6. All three men entered the United States Capitol on January 6, were captured on CCTV inside the Capitol together, and left together. While inside the United States Capitol, all three entered the designated working space of a United States Senator together and were captured in the same live stream video. Further, text and social media messages were exchanged between the three men after January 6, 2021, regarding their participation in the events of January 6, 2021. At this time, all three defendants have been charged with the same four offenses pursuant to 18 U.S.C § 1752(a)(1) and (2), and 40 U.S.C. § 5104(e)(2)(D) and (G).

Accordingly, because the primary conduct alleged against these three individuals overlaps both temporally and geographically, and the evidence against them will be mutually admissible,

including the testimony of witnesses, the government is preparing to present evidence against them in a single trial.

                                            Respectfully submitted,

                                            CHANNING D. PHILLIPS
                                            Acting United States Attorney
                                            DC Bar No. 415793

By:         /s/
                Amanda Fretto
                Assistant United States Attorney
                D.C. Bar No. 1018284
                555 Fourth Street, N.W.
                Washington, DC 20530
                Amanda.Lingwood@usdoj.gov
                (202) 252-7268