# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      **:**

     **:**

     **v.**      **:**      **Case No. 21-cr-410**

     **:**

**ANTON LUNYK,**      **:**

     **:**

     **Defendant.**      **:**

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia and Assistant United States Attorney Kathryn E. Fifield, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:      ___/s/ *Kathryn E. Fifield*___
Kathryn E. Fifield
Trial Attorney
U.S. Department of Justice, Crim. Division
Detailed to the D.C. U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Kathryn.Fifield@usdoj.gov
(202) 320-0048