The Honorable Rudolph Contreras

United States District Court

District of Columbia

August 23, 2022

Dear Judge Contreras:

My participation in the January 6th Capitol Riot was something I never intended. My intention when I went to D.C. was to see the president speak. I got swept up in the moment and followed the crowd into the capitol without thinking of any possible consequences. I know that's not an excuse. We are all accountable for what we do and the fact that other people are doing something does not make it ok.

I have never been in trouble before and promise you I won't be again. I've always worked or been in school and had jobs while I was in high school and college. Now I am defined by this day. Every time I meet a new client I worry about them googling me and getting an impression from YouTube that does not reflect who I truly am

I always had the utmost respect for officers of the law, so for me to have took part in an event where officers died and were injured is truly disgraceful.

I'm embarrassed by my conduct and by what I wrote in texts. I know in one text a few days after the riot I said I didn't regret being involved. During the plea hearing Your Honor asked me if I still feel that way and I immediately responded, "absolutely not Your Honor," which is still the position that I would take without hesitation every single time.

I apologize for my actions and take fully responsibility for my conduct.

--

Anton Lunyk