**Appendix A:  Threads involving Lunyk, Connor, and Ferrigno (or some combination) and other Instagram users**

| THREAD ID 321898515863957 INSTAGRAM (Lunyk, Connor, Ferrigno, and others) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2020-11-03 | Connor | T01:54:25Z | I support President Trump because he is the anti-politician who can't be bought, thinks outside the box, achieves real results and speaks honestly. That's exactly what you don't get from corrupt career-politicians like Joe Biden. You can't count on anything he says because he lies and the media doesn't hold him accountable. It's the same with most Democrats. Hillary Clinton and Joe Biden are part of the DC swamp and the less political power those people hold, the better off our country will be. The Democrat party is experiencing a cold civil war between the almost-extinct moderates and the socialists. If Democrats win tomorrow, the far left socialists win and the party will continue to move towards the far left. If they lose, they'll be forced to go back towards the center and probably have a civil war over it. So at the most basic level, this election is about whether the voters like or dislike how extreme the Democrat party has become. Joe is a placeholder. Kamala is the real candidate and she's further left than Bernie, if you look at her Senate voting record. I hope the President gets #fourmoreyears because there needs to be accountability for the deep state and everything they tried to do to remove him from office. If that doesn't happen, I'm afraid the country will be lost because Barr and Durham will be forced to close their investigations down and Democrats will sweep all their crimes under the rug, like it was supposed to happen in 2016, had Hillary won. Once in power again, Democrats are ready to move quickly to do everything they possibly can to make sure no Republican is ever elected to office again, especially in border states and swing states. That's assuming they don't abolish the electoral college altogether like they've been talking about doing the last few years. |

| 2020-11-03 | Connor | T16:06:48Z |  |
| 2020-11-03 | Connor | T17:58:25Z | Get after it! Don't let the Democrat party which has been taken over by the radical left destroy our country. ususus |
| 2020-11-03 | Connor | T19:55:58Z | Preparing for war |
| 2020-11-03 | Ferrigno | T19:56:45Z | I say fuck it let's go looting either way |
| 2020-11-03 | Ferrigno | T19:57:02Z | Let's do it I'll drive a forklift into the store |
| 2020-11-03 | Connor | T20:24:46Z | I will be deep state |
| 2020-11-03 | Lunyk | T22:53:17Z | kill them with the liberals |
| 2020-11-03 | Ferrigno | T22:54:37Z | This is why everyone should carry chloroform |
| 2020-11-04 | Lunyk | T09:52:18Z | crazy fraud |
| 2020-11-04 | Ferrgino | T15:57:58Z | This is happening in Michigan, and all across the country. The Media and the Left has said there's "no evidence," yet we see it far and wide. Trump was right, again. |
| 2020-11-04 | Connor | T17:16:13Z | theyre tryna steal this thing so hard |
| 2020-11-04 | Ferrigno | T18:38:27Z | Trump 2020 baby, get out and vote ! #2020 #mypresident #donaldtrump #usmc #marinecorps #getsome #republican #usa #merica #proudpatriot #unclesamsmisguidedchildren #veteran #semperfi #darkhumor #humor #smile us pc @panweezy |
| 2020-11-04 | Ferrigno | T19:27:57Z | Fake |
| 2020-11-05 | Connor | 01:38:06Z | Even more fraud |
| 2020-11-05 | Connor | T03:26:11Z | WASHINGTON D.C. BLM terrorist have surrounded Police. |
| 2020-11-05 | Connor | T03:26:12Z | Hopefully civil war comes |
| 2020-11-05 | Ferrigno | T16:08:06Z | I just heard on the radio someone from Georgia said they have 400k mail in votes to go through |
| 2020-11-05 | Connor | T16:38:41Z | Same thing w the trump is getting the pedophiles trust the plan |
| 2020-11-05 | Ferrigno | T17:12:51Z | So if Biden becomes president while the whole court thing goes on for 3 years and then the election comes out as fraud does trump get 4 years ? |
| 2020-11-05 | Ferrigno | T17:13:46Z | Were not allowed to oversee which means they are cheating |

| 2020-11-05 | Connor | T17:14:00Z | Bro that's literally illegal |
|---|---|---|---|
| 2020-11-05 | Connor | T17:14:08Z | trump is getting re-elected |
| 2020-11-05 | Connor | T18:56:54Z | TCF Center in #Detroit — poll workers clap and cheer every time Republican attorneys and observers are removed while they count absentee ballots. Seems totally legit right? Maybe they'd be allowed to stay if they put on a Biden / Harris hat? According to people there inside and outside the building, Democrat watchers outnumber GOP watchers 3 to 1. |
| 2020-11-09 | Lunyk | T14:35:06Z | alex jones is announcing on today's show where in dc he's gonna be, there's gonna be a whole convoy and shit |
| 2020-11-09 | Lunyk | T14:35:11Z | we gotta fuckin go this weekend |
| 2020-11-09 | Ferrigno | T18:11:39Z | This is the modus operandi of the Democrats. Their fears were always ultimately about Trump's success, not a virus. And they want us to trust them? 🙄 Congratulations @realdonaldtrump on promises made, promises kept.us |
| 2020-11-09 | Ferrigno | T18:45:33Z | We better eliminate the Democratic Party after this |
| 2020-11-09 | Connor | T18:55:07Z | (From election night) — Start of video Pennsylvania total votes are: Trump 1,690,589 Biden 1,252,537 At the end of the video (40 seconds later) the totals on the screen are: Trump 1,670,631. -19,958 Biden 1,272,495. +19,958 What a strange coincidence! 🤨 (The CNN portion of this video was not edited, it was taken on election night. This change / swing in vote totals took place LIVE on CNN within a span of 40 seconds). If there's an explanation for this, I would love to hear it. Anyone? Was it a "glitch"? @realdonaldtrump @donaldjtrumpjr @erictrump @laraleatrump @the_typical_liberal @dc_draino |
| 2020-11-09 | Ferrigno | T20:04:47Z | These people love power, not country. |
| 2020-11-10 | Connor | T18:42:18Z | On Monday we announced a MAJOR MARCH FOR TRUMP Planned on Saturday November 14 — at Noon Eastern in Freedom Plaza. This is a major event that was announced on Monday. But the Democrats and their allies in Big Tech don't want you to hear about this rally. More news stories at thegatewaypundit.com, link in bio. Follow our instagram account for more news update. |
| 2020-11-10 | Ferrigno | T19:29:08Z | The messed up part isnt that these ballots were trashed, or even that it was pointless to trash them in a red state like Oklahoma, the absolutely effed up part is that Biden really needed that one ballot 🤣 c'mon man! Lmaooo #freeandfairelections #fairelections #americafirst #godfirst #kag #mainstreammedia #conservative |

| | | | #conservativelibertarian #GOP #President #Democrats #blackconservatives #walkaway #liberaltears #leftists #radicalleft #socialjusticewarriors #liberallogic #libtards #republican #blexit #america #freespeech #capitalism #donttreadonme #USA |
|---|---|---|---|
| 2020-11-10 | Ferrigno | T19:49:42Z | China and the democrats needed Trump gone. For China their greed, for the democrats to keep all the scandals covered up. #resisttheleft #maga2020 #china #chinaCN #donaldtrump |
| 2020-11-12 | Ferrigno | T13:04:17Z | US 💯 US 💯 US 💯 US#trump2020 #USA #TakeBackAmerica #America #draintheswamp #JobsNotMobs #fracking #energyindependence #makeamericagreatagain #coal #donaldtrump #trump #womensmarch #wshh #maga #ohio #michigan #florida #wisconsin #pitt #philly #philadelphia #presidentelect #pittsburgh #independence tweets courtesy of @gracesaldanaa US and @scottpresler US video from @unfiltered.politics US |
| 2020-11-12 | Ferrigno | T13:05:14Z | Joe Biden's (D) lead in Arizona continues to shrink, dipping below 13,000 following Maricopa County's latest drop. The former vice president's lead in Arizona dropped to 12,813 Tuesday evening after Maricopa County's latest report. According to Data Orbital, the county's latest report included 5,291 votes, with 56.4 percent going to Trump and 41.8 percent going to Biden. Pinal County also posted additional results on Tuesday, showing Trump taking 63.3 percent of the 910 ballots counted: Roughly 46,700 ballots remain outstanding in the Grand Canyon state, 22,400 of which come from Maricopa County. According to the Arizona Republic, Trump would need to take 64 percent of the remaining votes in order to take Biden's lead and the state's 11 electoral votes. Trump fell short of that percentage in the latest drops but has reduced the former vice president's lead by over 4,100 votes in the last three days alone. On Monday, Arizona Senate President Karen Fann (R) called for an "independent analysis" in response to the mounting suspicions of voting irregularities and fraud. "Assuming the allegations of fraud are without merit, an independent analysis would help to restore credibility and hopefully end the current controversy over fairness in the election process in Arizona," she wrote in a letter to Secretary of State Katie Hobbs (D). "If there's no factual basis on any of these things, then absolutely, let's put that to rest and show them they're not true," she said on Wednesday. "If |

| | | | |
|---|---|---|---|
| | | | there's something there that needs to be fixed, let's fix it." However, Hobbs told Fann that her request would simply amplify the voices of "those seeking to undermine our democratic process for political gain." |
| 2020-11-13 | Connor | T08:26:30Z |  |
| 2020-11-15 | Connor | T04:19:07Z | Antifa claims to fight against fascism, but they are the ones who use fascist tactics. Democrats and the media want to pretend it's all a myth. How long do you think that will work? Probably until Antifa turns on them, which is already happening ... |
| 2020-11-15 | Lunyk | T04:20:21Z | just seen this too lmaoo good I love that he's speaking out for us and telling us to fight back |
| 2020-11-17 | Ferrigno | T23:01:14Z | Deep State Pentagon officials signaled they are willing to meet informally with Joe Biden's team as election fraud and lawsuits continue. More on this story at thegatewaypundit.com, link in bio. Follow our instagram account for more news update. |
| 2020-11-18 | Ferrigno | T00:20:33Z | *Antonio Ferrigno named the group The Proud Boys.* |
| 2020-11-18 | Ferrigno | T01:12:10Z | NOW WE'RE STEALING THE ELDCTION 🤣🤣 |
| 2020-11-20 | Connor | T16:28:52Z | I will see you in DC on the 20th of the first month of the year 2021. Until then dint even contact me |
| 2020-11-20 | Ferrigno | T21:56:49Z | "I do want to draw a caveat, some of our tabulators have the, are designed around the ability to have an EXTERNAL PLUG-IN MODEM to TRANSMIT UNOFFICIAL RESULTS AFTER POLLS CLOSE" - John Poulos CEO Dominion voting systems. 🤔 THE ONE THING that we should NEVER outsource is our election voting systems. I have no idea why that's even a thing. Seems ridiculous. |
| 2020-11-20 | Ferrigno | T20:55:29Z | 🔴 They don't call him China Joe for nothing 🔴 Obey Beijing, do not challenge China's assumed economic superiority and open your domestic markets without restraint: these are the three key instructions for Joe Biden issued in an op-ed published Sunday by the Global Times, official propaganda mouthpiece of the Chinese Communist Party (CCP). The piece outlines |

| | | | China's vision of the future under a compliant Joe Biden administration, stating from the beginning the CCP wants a "partnership" that is "categorically different" than that offered by U.S. President Donald Trump. "Biden is, irrevocably, the 46th US president," the editorial offers without evidence, before outlining just why the two countries should combine their resources in fighting the coronavirus epidemic. To that end the Global Times maintains that supine America is a good America, warning its friend Joe Biden, "Demonizing China or slinging dirt on Chinese people will never help to stop the flare-up of infections and fatalities in America." "China's experiences are impressive in curtailing the pandemic, and China's unparalleled ability in manufacturing PPEs and producing vaccine vials and freezers should not be neglected and could be made use of by the Biden government," it adds. As to the economic realities facing the two countries, the piece gets straight to the point: It says China's economy is growing at a "sizzling pace" and if the U.S. wants to be part of that, it should comply with Beijing. It says the "selfish" doctrine of America First must end, advising: Economic confrontations with China chosen by Trump's team failed to do the US, or any country in this world, any good. The buying power of Chinese businesses and Chinese households should never be diminished or looked down upon. Australia and Canada, the two hardcore allies of the US who are very unfriendly toward China, have received a bitter lesson from Beijing. Don't trample on Chinese people's bottom lines, otherwise they will bite back. |
| 2020-11-25 | Connor | T15:35:42Z | Let's murder Cuomo |
| 2020-11-25 | Connor | T15:37:23Z | I'm gonna have to take control of this country |
| 2020-12-01 | Ferrigno | T20:24:11Z | AWOL US Attorney General Bill Barr told the Associated Press that the DOJ has not uncovered evidence of widespread fraud that would change the outcome of the 2020 election. What exactly has the Justice Department done to investigate allegations of voter fraud? More on this story at thegatewaypundit.com, link in bio. Sign up to our newsletter for more news update. |
| 2020-12-03 | Ferrigno | T20:13:46Z | Fraud. Its evident. BARR is running like a blind man. Do your job! ᴜᴍ We've got a country to save! ᴜᴍ #trump #trump2020 #maga #4moreyears #trumptrain #fight #brave #freedom #rumble #wegotacountrytosave #usa #conservative #republican #barr #biden #fraud |

| 2020-12-09 | Ferrigno | T17:50:31Z | *Antonio Ferrigno named the group The Proud Boy And Friends.* |
|---|---|---|---|
| 2021-01-05 | Lunyk | T03:16:47Z | And y'all don't wanna go^ |
| 2021-01-05 | Lunyk | T03:20:29Z | This is history in the making |
| 2021-01-05 | Lunyk | T03:20:35Z | Ur gonna be glad u went |
| 2021-01-07 | Lunyk | T03:17:07Z | Well... kiss your loved ones goodbye cause we all gonna die |
| 2021-01-07 | Connor | T03:20:44Z | I want Civil War |
| 2021-01-07 | Connor | T03:20:50Z | Fuck this sick of everyone hating trump |
| 2021-01-07 | Connor | T03:22:51Z | civil war needed or we done |
| 2021-01-08 | Other Instagram User | T00:35:26Z | yo is that really anton in the bottom middle😭 i swear i thought i saw someone that looked like him in the photos circulating yesterday |
| 2021-01-08 | Connor | 00:35:36Z | Yes bro |
| 2021-01-08 | Connor | 00:35:54Z | Kids just gonna get locked up by the FBI |
| 2021-01-08 | Connor | 00:35:59Z | bro it's him |
| 2021-01-08 | Connor | 00:36:11Z | We raped AOC |
| 2021-01-08 | Connor | 00:36:13Z | Gang bang |
| 2021-01-08 | Ferrigno | 00:36:41Z | *Antonio Ferrigno named the group The Oath Keepers.* |
| 2021-01-08 | Connor | T00:36:48Z | *Connor sent a video* |
| 2021-01-08 | Ferrigno | T00:56:33Z | He sayed this is just the beginning |
| 2021-01-08 | Connor | 00:56:33Z | I would've said "Our job yesterday wasn't completed. Our end goal was to brutally murder Pence and Pelosi, and sadly today they're still breathing, therefore we must come back stronger and fiercely next time around" |
| 2021-01-08 | Ferrigno | T00:56:33Z | He sayed this is just the beginning |
| 2021-01-08 | Ferrigno | T00:59:45Z | There's arrests coming |
| 2021-01-08 | Lunyk | T00:59:54Z | Mine included |
| 2021-01-08 | Ferrigno | T01:00:32Z | He's deep state and helped divide the country |
| 2021-01-08 | Connor | T01:00:51Z | Now you will he arrested for a federal crime |
| 2021-01-08 | Connor | T01:00:56Z | Was it all worth it? |
| 2021-01-08 | Lunyk | T01:01:02Z | Yea |
| 2021-01-08 | Lunyk | T01:43:33Z | Civil war man |
| 2021-01-08 | Connor | T23:54:32Z | We need to link and discuss this shit |
| 2021-01-08 | Ferrigno | T23:56:23Z | I'm available |
| 2021-01-10 | Lunyk | T08:09:00Z |  |
| 2021-01-10 | Connor | T08:09:14Z | YOU RAT I SAID DONT SEND THIS ANYWHERE |
| 2021-01-10 | Lunyk | T08:09:31Z | Nigga that's been sent through our texts |

| 2021-01-10 | Lunyk | T08:10:00Z | I'm gettin locked |
|---|---|---|---|
| 2021-01-10 | Connor | T08:11:16Z | I was in the Capitol building |
| 2021-01-10 | Connor | T08:11:22Z | Just chilling as if it's normals |
| 2021-01-10 | Connor | T08:12:22Z |  |
| 2021-01-10 | Connor | T08:12:25Z | Mad patriots |
| 2021-01-10 | Ferrigno | T08:12:55Z | Take that out the chat |
| 2021-01-10 | Connor | T08:13:11Z | kids gonna get us locked |
| 2021-01-10 | Lunyk | T08:13:12Z |  |
| 2021-01-10 | Connor | T08:13:16Z | Facts they're watching this |
| 2021-01-10 | Connor | T08:13:20Z | HEY INSTAGRAM |
| 2021-01-10 | Connor | T08:13:23Z | SUCK MY COCK |
| 2021-01-10 | Connor | T08:14:00Z |  |
| 2021-01-10 | Connor | T08:14:04Z | WITH HIS BOY POINTING AT ME |
| 2021-01-10 | Lunyk | T08:15:35Z | We were never in the vip |
| 2021-01-10 | Lunyk | T08:15:44Z | We were behind the barricade |

| 2021-01-10 | Connor | T08:16:05Z | I was in VIP |
|---|---|---|---|
| 2021-01-10 | Connor | T08:27:14Z |  |
| 2021-01-12 | Lunyk | T20:31:14Z | News are saying they're going after everybody who was in the capitol, searching social media profiles |
| 2021-01-12 | Connor | T20:31:26Z | They can suck me cock |
| 2021-01-12 | Connor | T20:31:35Z | I WAS IN THE CAPITOL INSTAGRAM |
| 2021-01-12 | Connor | T20:31:38Z | COME GET ME |
| 2021-01-12 | Connor | T20:31:49Z | I'll do time for Donald |
| 2021-01-12 | Connor | T20:41:19Z | They stole the election and that's that |
| 2021-01-12 | Lunyk | T20:46:11Z | If they take my money I'm gonna shoot pelosi |
| 2021-01-12 | Ferrigno | T20:46:25Z | We weren't involved |
| 2021-01-12 | Connor | T20:46:33Z | Lmaoo bro nothing is happening to me and Antonio |
| 2021-01-12 | Connor | T20:46:37Z | You idk not too sure |
| 2021-01-12 | Connor | T20:47:06Z |  |
| 2021-01-12 | Connor | T20:47:20Z | Beat day with beat friends ❤️ |
| 2021-01-12 | Lunyk | T20:47:43Z | What do u think the govt was doing |
| 2021-01-12 | Ferrigno | T20:47:49Z | Delete it |
| 2021-01-12 | Connor | T20:48:32Z | U guys are mad pussy lol |
| 2021-01-12 | Connor | T20:48:40Z | I can care less |
| 2021-01-12 | Connor | T20:48:47Z | I was in the Capitol |
| 2021-01-12 | Connor | T20:48:54Z | And I pooped in pelosis desk |
| 2021-01-12 | Connor | T20:49:16Z | Come lock me up there's nothing to live for if trump isn't in office |
| 2021-01-20 | Connor | T01:36:45Z | Stop speaking to strangers about this |
| 2021-01-20 | Connor | T01:36:52Z | And stop sending shit about it in chat enough |

| THREAD ID 383009676234578 INSTAGRAM (Lunyk, Connor, Ferrigno, and others) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-11-16 | Ferrigno | T18:22:48Z | STOP THE STEAL |
| 2020-11-16 | Ferrigno | T18:31:48Z | *Antonio Ferrigno named the group TRUMP FOREVER.* |

| THREAD ID 3157515097623234 INSTAGRAM (Lunyk, Ferrigno, and others) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-11-04 | Lunyk | T17:48:27Z | what I see in front of me is a brainless pedophile puppet who will step down if he wins and allow the racially confused horse face bitch to run us into the ground and continue selling us out to china... which evidently will turn america into a socialist third world country and allow china to become the number 1 superpower, all so the dem elitists can make a few billion and maintain power and continue to sexually abuse children on yet another island |
| 2020-11-04 | Lunyk | 19:40:10Z | we lost Wisconsin |
| 2020-11-04 | Lunyk | T19:40:19Z | this is wild |
| 2020-11-04 | Lunyk | T19:40:24Z | it's not over |
| 2020-11-05 | Ferrigno | T04:03:47Z | This election ain't over |
| 2020-11-06 | Ferrigno | T16:55:40Z | It's ok guys let Biden when. Sit back and watch what happens when we go to court |
| 2020-11-06 | Ferrigno | T16:56:52Z | Trump has a sting operation |
| 2020-11-06 | Ferrigno | T16:56:57Z | The whole dem party is going down |
| 2020-11-06 | Ferrigno | T16:57:33Z | The dem party is so fucking stupid it drives me crazy no body and I mean not a single person deserves anything for free |
| 2020-11-06 | Ferrigno | T16:57:44Z | But that's what they base there party off of lazy people who don't wanna work |
| 2020-11-06 | Ferrigno | T16:58:32Z | None of us will be alright under Biden |
| 2020-11-06 | Ferrigno | T16:58:36Z | Our futures won't be alright |
| 2020-11-06 | Ferrigno | T17:00:05Z | They're already taking away your rights |
| 2020-11-06 | Ferrigno | T17:00:09Z | Look at the way they censor us |
| 2020-11-06 | Ferrigno | T17:00:15Z | There is no more freedom of speech |
| 2020-11-07 | Ferrigno | T18:29:52Z | The dead Americans voted |
| 2020-11-10 | Ferrigno | T00:12:04Z | Being a business man means knowing how to write things off that's the glory of America |
| 2020-11-12 | Ferrigno | T12:15:05Z | Democrats like open borders because it secures votes for them |
| 2020-11-12 | Ferrigno | T12:16:20Z | [REDACTED NAME] honestly why do you think they want trump out so bad ? Obv they're doing something |
| 2020-11-12 | Ferrigno | T12:17:39Z | The racism shit is a tactic the democrats use to get |

| | | | people on there side meanwhile they create the racism |
|---|---|---|---|
| 2020-11-12 | Lunyk | T14:38:30Z | we are republicans who just want trump in office |
| 2020-12-15 | Lunyk | T01:45:56Z | Btw electoral colleges final vote is on January 6th... so idk where "world star" is getting these "reports" |
| 2021-01-06 | Lunyk | T21:14:16Z | This election was stolen and the people have had enough |
| 2021-01-06 | Lunyk | T21:14:28Z | Literally 3 million people and only 2 people got shot who provoked the cops |
| 2021-01-06 | Lunyk | T21:14:36Z | But when antifa burns down cities that's okay right? |
| 2021-01-06 | Lunyk | T21:15:58Z | It was the capital building "THE PEOPLES BUILDING" |
| 2021-01-06 | Lunyk | T21:16:05Z | And the cops literally willingly let us in.... |
| 2021-01-06 | Ferrigno | T21:16:15Z | The cops outright gave us a tour |
| 2021-01-06 | Ferrigno | T21:16:19Z | It ain't what ur seeing |
| 2021-01-07 | Lunyk | T00:05:37Z | LMAO bro this shit was wild |
| 2021-01-07 | Lunyk | T00:05:46Z | I'm all over Twitter for no reason |
| 2021-01-07 | Lunyk | T00:09:17Z | The guy goes "they do know they're gonna get arrested right?" Like bro... there's literally videos of police opening the barricades and the doors to the capital saying this is the people's house and escorting us through... |
| 2021-01-07 | Other Instagram User | T21:32:23Z | Wanted: public adjuster from Brooklyn ny |
| 2021-01-08 | Lunyk | T00:22:34Z | Idc bro fuck Nancy pelosi |
| 2021-01-08 | Ferrigno | T01:43:00Z | We didn't see the girl get shot or hear a shot or see any ambulance or anything |
| 2021-01-08 | Ferrigno | T01:43:11Z | A lot of people say it's fake |
| 2021-01-08 | Ferrigno | T01:43:26Z | If someone was dead in the capitol they would've evacuated the place |
| 2021-01-08 | Ferrigno | T01:43:49Z | Not a single ambulance stretcher or anything |
| 2021-01-08 | Lunyk | T01:47:07Z | We were leg in and guided by police officers |
| 2021-01-08 | Lunyk | T01:47:11Z | We literally got a tour from the cops |
| 2021-01-08 | Ferrigno | T01:50:31Z | Freedom isn't gonna be what u think it is in a few years |
| 2021-01-08 | Lunyk | T01:52:15Z | And 3 million other people were with me yesterday |
| 2021-01-08 | Lunyk | T01:52:29Z | The most historically active dc event in us history |
| 2021-01-08 | Lunyk | T01:54:44Z | Antonio buried his knife on the grass of the elypse 🤣🤣 |
| 2021-01-09 | Lunyk | T01:44:48Z | Guys |
| 2021-01-09 | Lunyk | T01:44:55Z | We are officially in some serious shit |
| 2021-01-11 | Lunyk | T17:20:11Z | Trump didn't start the shit at the capitol [REDACTED NAME], basically during his speech he said he hopes mike pence will do the right thing and that he would accompany us to the capital to let |

| | | | our voices be heard, but as we got there pence put out a tweet saying he will not do it and then antifa started their nonsense and emotional patriots followed |
|---|---|---|---|
| 2021-01-11 | Ferrigno | T19:10:10Z | They spread shit like that because they don't want the truth out |
| 2021-01-11 | Ferrigno | T19:10:29Z | Don't you understand they will do everything in there power to protect themselves |
| 2021-01-11 | Ferrigno | T19:14:25Z | They're trying to feed everyone there own truth |
| 2021-01-12 | Ferrigno | T02:06:01Z | I will fight for merica |
| 2021-01-12 | Ferrigno | T02:06:06Z | I will risk my life for merica |
| 2021-01-21 | Ferrigno | T18:52:38Z | TRUMP WILL GO DOWN IN HISTORY AS GREATEST PRESIDENT EVER ONCE EVERYONE SEES WHAT THIS COUNTRY TURNS INTO UNDER CORRUPT POLITICIANS |
| 2021-03-12 | Lunyk | T16:04:25Z | The only answer is murder the left |
| 2021-04-06 | Ferrigno | T21:14:52Z | Most mass shootings are false flags let's not forget |
| 2021-04-06 | Ferrigno | T23:47:00Z | Sandy hook - fake |
| 2021-04-06 | Ferrigno | T23:47:05Z | Let em die |

| THREAD ID 419908562736793 INSTAGRAM (Lunyk and Connor) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2020-11-10 | Connor | T04:24:14Z | He's the prophet |
| 2020-11-10 | Connor | T04:24:27Z | guy is just unbeatable they're gonna try and murder him |
| 2020-11-10 | Connor | T18:33:53Z | Biden is literally a Chicom Pedo |
| 2020-11-10 | Connor | T18:35:57Z | She will just be murdered during the great upcoming war |
| 2020-11-10 | Connor | T18:37:31Z | Murdering gays |
| 2020-11-10 | Connor | T18:50:27Z | Where r we gonna put the car down there |
| 2020-11-10 | Lunyk | T18:50:28Z | we gonna have a whole convoy troopin to Washington |
| 2020-11-10 | Lunyk | T18:50:36Z | it doesn't even matter |
| 2020-11-10 | Lunyk | T18:50:44Z | park it on the white house lawn |
| 2020-11-12 | Lunyk | T17:37:25Z | another 8 years baby |
| 2020-11-12 | Lunyk | T18:02:29Z | cause trump 2020 |
| 2020-11-15 | Lunyk | T04:22:48Z | fucked them up bro |

| THREAD ID 321898515863957 INSTAGRAM (Connor, Ferrigno, and others) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2020-11-05 | Connor | T03:26:11Z | WASHINGTON D.C. BLM terrorist have surrounded Police. |

| THREAD ID 435568071177417 INSTAGRAM (Connor and Ferrigno) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2020-11-10 | Connor | T18:42:18Z | On Monday we announced a MAJOR MARCH FOR TRUMP Planned on Saturday November 14 — at Noon Eastern in Freedom Plaza. This is a major event that was announced on Monday. But the Democrats and their allies |

| | | | |
|---|---|---|---|
| | | | in Big Tech don't want you to hear about this rally. More news stories at thegatewaypundit.com, link in bio. Follow our instagram account for more news update. |
| 2020-11-12 | Connor | T17:23:40Z | Trump is just Christ |

**Appendix B: Threads involving only Connor and other Instagram users**

| THREAD ID 539665326669235 INSTAGRAM (Connor and other Instagram users) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2020-11-03 | Connor | T20:30:51Z | TRUMP2020 2024 2028 2032 2036 2040 2044 2048 |
| 2020-11-03 | Connor | T20:34:53Z | Because I look good in a suit and I'm anti deep state |
| 2020-11-04 | Connor | T10:00:58Z | but somehow they just added 100k+ votes |
| 2020-11-04 | Connor | T10:01:02Z | In the middle of the night |
| 2020-11-04 | Connor | T10:01:08Z | It wasn't even close Trump was winning |
| 2020-11-04 | Connor | T10:01:15Z | Out of nowhere they just added mad votes |
| 2020-11-04 | Connor | T10:01:52Z | but they're doing mad fraud rn not calling the states trump has the lead in |
| 2020-11-04 | Connor | T10:03:12Z | they called Arizona for Biden when they counted 22% of votes |
| 2020-11-04 | Connor | T10:03:54Z | Trump ain't having this bullshit |
| 2020-11-04 | Connor | T10:03:58Z | They're not stealing this shit |
| 2020-11-04 | Connor | T16:29:48Z | Major fraud |
| 2020-11-04 | Connor | T16:29:52Z | On the way to DC rn |
| 2020-11-04 | Connor | T16:29:57Z | Votes are fake |
| 2020-11-04 | Connor | 18:29:07Z | We won |
| 2020-11-04 | Connor | 18:29:31Z | they're caught for fraud |
| 2020-11-04 | Connor | 18: 31:57Z | they're cheating |
| 2020-11-04 | Connor | T19:00:37Z | niggas tryna steal America |
| 2020-11-05 | Connor | T03:20:02Z | 9/11 woke me up now this shit going on make me really realize shits fake |
| 2020-11-05 | Connor | T03:21:01Z | Can't wait to die when earth explodes |
| 2020-11-05 | Connor | T03:26:12Z | Hopefully civil war comes |
| 2020-11-05 | Connor | T06:24:46Z | THESE COCKSUCKERS LOST FAITH IN THE DONALD |
| 2020-11-07 | Connor | T02:20:33Z | Donald will president come January 20 |
| 2020-11-07 | Connor | T18:47:19Z | bro Biden not gonna be president |
| 2020-11-07 | Connor | T18:47:21Z | Civil war time |
| 2020-11-09 | Connor | T19:16:25Z | Hope the military just starts shooting people |
| 2020-11-09 | Connor | T19:23:09Z | Let it burn |
| 2020-11-09 | Connor | T20:19:44Z | I hope NYC gets nuked and we all die |
| 2020-11-09 | Connor | T20:23:56Z | I want civil war |
| 2020-11-09 | Connor | T20:26:51Z | WE ARE REVERSING THIS DAMN ELECTIOM |
| 2020-11-09 | Connor | T20:28:03Z | yeah now it's civil war |
| 2020-11-09 | Connor | T20:28:14Z | Guys wanna know what trumps next move should be |
| 2020-11-09 | Connor | T20:28:22Z | literally I would advise him to do this |
| 2020-11-09 | Connor | T20:28:24Z | Next weekend |
| 2020-11-09 | Connor | T20:28:28Z | Rally in NYC |
| 2020-11-09 | Connor | T20:28:34Z | start a massive conflict |

| 2020-11-09 | Connor | T20:28:57Z | Fran still stuck on the idea trump gonna win some how |
| 2020-11-09 | Connor | T20:28:59Z | [REDACTED NAME] I DONT CARE IF HE IS DEEP STATE TOO I WANT HIM NOT BIDEN |
| 2020-11-09 | Connor | T22:20:43Z | You wanna steal the election and the country |
| 2020-11-09 | Connor | T22:20:50Z | Burn the entire thing down |
| 2020-11-10 | Connor | T04:07:25Z | TRUMP IS PROHETIC |
| 2020-11-10 | Connor | T04:28:01Z | Alex Jones started a caravan guys |
| 2020-11-10 | Connor | T04:28:10Z | #StopTheStealCaravan |
| 2020-11-10 | Connor | T04:28:42Z | He's assembling a caravan to go thru Texas Florida Georgia North and South Carolina Birginia and DC |
| 2020-11-10 | Connor | T04:28:49Z | he will be in DC on Saturday |
| 2020-11-10 | Connor | T04:28:53Z | I think we r all going |
| 2020-11-10 | Connor | T04:30:04Z | Gonna cause a massive conflict |
| 2020-11-10 | Connor | T18:42:24Z | WAR IN DC |
| 2020-11-10 | Connor | T18:42:30Z | ITS GETTING PUBLICITY |
| 2020-11-10 | Connor | T18:47:40Z | I'm probably gonna go |
| 2020-11-14 | Connor | T21:05:53Z | It's civil war over here |
| 2020-11-14 | Connor | T21:39:12Z | Cops just bodied two niggers |
| 2020-11-14 | Connor | T21:41:20Z | I'm going to b on the news |
| 2020-11-14 | Connor | T21:41:29Z | I was standing on a moving truck |
| 2020-11-15 | Connor | T05:56:59Z | I made the today show |
| 2020-11-17 | Connor | T19:34:46Z | Ever since me and my boys left DC we been getting these text messages |
| 2020-11-17 | Connor | T19:34:56Z | Q knows us |
| 2020-11-17 | Other Instagram User | T20:50:00Z | You part of Q Fran |
| 2020-11-17 | Connor | T20:50:13Z | I am lol |
| 2020-11-17 | Connor | T20:59:35Z | I've been recruited |
| 2020-11-17 | Connor | T20:59:40Z | I'm fighting the deep state |
| 2020-11-20 | Connor | T01:18:04Z | [REDACTED NAME] is it possible to get a strap with a suppressor |
| 2020-11-20 | Connor | T01:19:43Z | I wanna air out a whole block |
| 2020-11-20 | Connor | T01:20:43Z | Lol I'm serious bro |
| 2020-11-20 | Connor | T01:21:11Z | Can't you make a homemade one |
| 2020-11-20 | Connor | T01:21:43Z | I'm gonna pull up to shooting range with a sack of potato's |
| 2020-11-21 | Connor | T09:35:19Z | Must expose tyranny |
| 2020-11-21 | Connor | T22:17:50Z | Q has been texting me all week |
| 2020-11-21 | Connor | T22:17:53Z | We are friends |
| 2021-01-03 | Connor | T04:44:24Z | I'm going to DC |
| 2021-01-06 | Connor | T21:24:42Z | I was in the Capitol |
| 2021-01-06 | Connor | T21:24:48Z | I don't play |
| 2021-01-06 | Connor | T21:24:52Z | fuck these cunts |

| 2021-01-06 | Connor | T21:25:15Z | I'm in the middle of civil war |
| 2021-01-06 | Connor | T21:25:37Z | I tried to steal a painting off the wall |
| 2021-01-06 | Connor | T21:25:41Z | They wouldn't let me go with it |
| 2021-01-06 | Connor | T21:28:09Z | I'm serious |
| 2021-01-20 | Connor | T03:06:50Z | Did nothing wrong there |
| 2021-01-20 | Connor | T03:08:41Z | they can all blow me |
| 2021-01-27 | Other Instagram User | T04:45:08Z | 5k to me by Friday or feds on ur door by Sunday |
| 2021-01-27 | Connor | T04:45:16Z | They can suck my pee pee |
| 2021-01-27 | Other Instagram User | T04:48:22Z | Fran leave for a lil bit |
| 2021-01-27 | Other Instagram User | T04:48:47Z | Haha yea fran go hide out |
| 2021-01-27 | Connor | T07:23:54Z | Lol |
| 2021-02-12 | Connor | T16:58:30Z | then it was stolen |
| 2021-02-12 | Connor | T16:58:38Z | rigged just like the election |

| THREAD ID 449531333108591 INSTAGRAM (Connot and other Instagram user) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2020-11-05 | Connor | T00:52:29Z | we're gonna be at the epicenter of the civil war |
| 2020-11-05 | Connor | T01:06:58Z | Total fraud in AZ Wisconsin and Michigan |
| 2020-11-05 | Connor | T01:08:01Z | 100% Alex Jones saying they got 80 million extra on hand |
| 2020-11-05 | Connor | T01:08:23Z |  |
| 2020-11-05 | Connor | T01:09:40Z | Who knows what these pedos did they have million pumped in from Soros gates all them |
| 2020-11-05 | Other Instagram User | T01:12:04Z | I heard a lot of ppl saying that trump is winning big time and there just making it look like creepy joe is so that when it flips back and trump wins it all the Democrats go crazy and riot and shit |
| 2020-11-05 | Connor | T01:13:09Z | facts bro this is all so intense I'm confident in my man Donald 100% |
| 2020-11-05 | Connor | T01:13:21Z | Gotta be something happening I n there |

| 2020-11-05 | Connor | T01:23:31Z | Even yesterday fox was being mad liberal |
| 2020-11-05 | Connor | T01:23:49Z | CNN has Arizona undecided and fox gave it to Biden |

| THREAD ID 2566633683396891 (Conner and other Instagram users) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2020-11-05 | Connor | T01:27:49Z | We won |
| 2020-11-05 | Connor | T01:34:36Z | If anyone really thinks 70,000,000 people voted for this corpse they're insane |
| 2020-11-05 | Connor | T02:07:04Z | There's so much evidence of fraud it's not even funny at this point |
| 2020-11-05 | Connor | T02:36:44Z | we r gonna win I'm confident |
| 2020-11-05 | Connor | T02:36:50Z | things are gonna go back to trump |
| 2020-11-05 | Connor | T03:26:12Z | Hopefully civil war comes |
| 2020-11-05 | Connor | T15:23:07Z | this is the most rigged thing ever |
| 2020-11-05 | Connor | T17:56:51Z | THEY COMMITTING ELECTION FRAUD YOU STUPID FUCK |
| 2020-11-05 | Connor | T18:28:48Z | [REDACTED NAME] how do they count every vote in Cali a place with 30 million people within an hour and it takes three days for Georgia |
| 2020-11-05 | Connor | T18:31:16Z | Literally fraud |
| 2020-11-05 | Connor | T18:36:46Z | literally fake |
| 2020-11-05 | Connor | T18:37:17Z | trump was saying they were gonna commit fraud in PA since three weeks ago |
| 2020-11-05 | Connor | T18:37:22Z | Philadelphia is known for voter fraud |

| THREAD ID 421784105891486 (Conner and other Instagram user) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2020-11-06 | Connor | T15:37:01Z | if you don't see fraud you're blind lol |
| 2020-11-06 | Connor | T15:51:12Z | getting back to the point if you're ignoring the fraud than you're a sheep |
| 2020-11-06 | Connor | T16:20:37Z | You've never seen a presidential election that will end like this one |
| 2020-11-07 | Connor | T18:09:40Z | they're sick humans |
| 2020-11-07 | Connor | T18:11:07Z | Time to go liberal hunting |

| THREAD ID 418225492905100 (Conner and other Instagram user) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2020-11-05 | Connor | T21:44:10Z | The Democrats are evil and sneaky I hope the supreme court really gets involved |

| THREAD ID 421784105891486 (Conner and other Instagram user) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2020-11-07 | Connor | T17:01:04Z | NYwith voter fraud was 45%+ |
| 2020-11-07 | Connor | T17:02:32Z | if you believe anything is legitimate from the Democrats I feel sorry for you they've lied to everyone's face for 4 |

| | | | years |
|---|---|---|---|
| 2020-11-07 | Connor | T17:03:33Z | They're running fraud out of sanctuary cities wake up |

| THREAD ID 421784105891486 (Conner and other Instagram user) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2020-11-07 | Connor | T17:26:33Z |  |
| 2020-11-07 | Connor | T17:26:36Z |  |

| THREAD ID 418811672846482 (Conner and other Instagram user) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2020-11-14 | Connor | T10:32:36Z | I'm literally sleeping in my car next to the treasury building |
| 2020-11-14 | Connor | T10:32:38Z | As we speak |
| 2021-01-06 | Connor | T18:52:42Z |  |

| 2021-01-06 | Connor | T18:54:25Z |  | |
| 2021-01-06 | Connor | T18:54:26Z |  | |

| THREAD ID 435416627860717 (Conner and other Instagram user) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2020-11-14 | Connor | T14:11:23Z | Anyway bro be careful if any liberals gives u problem you know what to do lol |

**Appendix C:  Threads involving only Lunyk and other Instagram users**

| THREAD ID 197617875208700 INSTAGRAM (Lunyk and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-11-10 | Lunyk | T18:07:46Z | we're gonna be at the epicenter of the civil war |

| THREAD ID 444253636971248 INSTAGRAM (Lunyk and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-11-14 | Lunyk | T17:51:04Z | we're with the campaign |
| 2020-11-14 | Lunyk | T17:51:10Z | backstage this shit is bananas |
| 2020-11-14 | Lunyk | T17:51:13Z | the energy is epic |

| THREAD ID 478590706864793 INSTAGRAM (Lunyk and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-11-14 | Lunyk | T17:57:38Z | this is epic bro |
| 2020-11-14 | Lunyk | T17:57:47Z | we're with the campaign backstage |
| 2021-01-09 | Lunyk | T03:20:54Z | CUZ I WAS IN DC 50 FEET FROM THE DON |
| 2021-01-09 | Lunyk | T03:20:59Z | AND I WAS IN THE CAPITOL |
| 2021-01-09 | Lunyk | T03:21:02Z | PEACEFULLY |

| THREAD ID 485346302863169 INSTAGRAM (Lunyk and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-11-14 | Lunyk | T17:58:49Z | we were under the tent with the campaign |
| 2020-11-14 | Lunyk | T17:58:57Z | no we walking to the supreme court |
| 2020-11-15 | Lunyk | 00:18:22Z | I hope they murder antifa |
| 2020-11-15 | Lunyk | T19:08:29Z | ur gonna be my in to the proud boys |
| 2020-11-16 | Lunyk | T04:41:31Z | bet can't wait to be a proud boy lmao |
| 2020-11-16 | Lunyk | T04:42:04Z | u getting any weird Q texts |
| 2020-11-16 | Lunyk | T11:59:07Z | it's mad sus they texted me and the people I went to dc with |
| 2021-01-05 | Lunyk | T22:09:53Z | What time are you guys leaving? I'm down to join the caravan |
| 2021-01-06 | Lunyk | T00:09:51Z | I can't wait I don't think I'm gonna sleep at all |
| 2021-01-06 | Lunyk | T23:38:12Z | Yea that's crazy... I didn't know somebody got shot until we were almost at my car |
| 2021-01-06 | Lunyk | T23:38:56Z | Like they guided the people through the first floor of the capital and made sure everybody walked in and walked out fine, actual Trump supporters didn't provoke the police |
| 2021-01-06 | Lunyk | T23:39:53Z | Yea there was swat on the second floor I heard |
| 2021-01-07 | Lunyk | T20:56:40Z | For some reason I'm like still super hopeful and shits about to go down |
| 2021-01-07 | Lunyk | T20:56:44Z | Especially after yesterday... |
| 2021-01-09 | Lunyk | T01:06:05Z | Do you have signal? |
| 2021-01-09 | Lunyk | T01:06:15Z | Or telegram |
| 2021-01-09 | Lunyk | T03:27:06Z | At bushes funeral years back, certain politicians got a |

|  |  |  | secret envelope, judging based off some of their faces, it wasn't a good one, but others speculate that they were orders to overthrow trump, pence got one too along with all the democrats |

### THREAD ID 427673625296187 INSTAGRAM (Lunyk and other Instagram user)

| Date | Sender | Time | Content |
|------|--------|------|---------|
| 2020-11-15 | Lunyk | T04:20:51Z | I don't even know how we got in with the campaign they just let us rock |
| 2020-11-15 | Lunyk | T04:21:05Z | and of course as soon as we leave antifa starts terrorizing older patriots |
| 2020-11-15 | Lunyk | T04:21:14Z | proud boys fucked them up bad |

### THREAD ID 429047911819073 INSTAGRAM (Lunyk and other Instagram user)

| Date | Sender | Time | Content |
|------|--------|------|---------|
| 2020-11-15 | Lunyk | T19:07:00Z | I can't even explain it lmaoo i'm going to every single rally after this |
| 2020-11-15 | Lunyk | T19:07:16Z | we gonna do a big caravan to the next one come with us |

### THREAD ID 489713182429402 INSTAGRAM (Lunyk and other Instagram user)

| Date | Sender | Time | Content |
|------|--------|------|---------|
| 2020-11-15 | Lunyk | T13:22:29Z | we were in the vip under the politicians/celebs tent next to the stage |
| 2020-11-15 | Lunyk | T14:06:47Z | yea bro shit was wild it's like it was meant to be for us to be there |

### THREAD ID 484748876255077 INSTAGRAM (Lunyk and other Instagram user)

| Date | Sender | Time | Content |
|------|--------|------|---------|
| 2020-11-16 | Lunyk | T21:57:47 Z | waiting for the to announce official stuff i'll let u know if I hear anything but any trump rally thats east to mid eastern united states im going to so i'll keep u posted |

### THREAD ID 478590696864794 INSTAGRAM (Lunyk and other Instagram user)

| Date | Sender | Time | Content |
|------|--------|------|---------|
| 2020-11-19 | Lunyk | T13:57:33Z | Might be tryin to go to Atlanta this weekend for the stop the steal marches at the Capitol, we'll see |
| 2021-01-02 | Other Instagram User | T21:11:52Z | Bro imma do it. Riding out to DC. Got a crazy homie coming in from LA too. We should all link, and March together for safety |
| 2021-01-03 | Lunyk | T04:04:33Z | We gonna be there |
| 2021-01-03 | Lunyk | T04:04:43Z | We'll touch base in the am |
| 2021-01-03 | Other Instagram | T04:06:11Z | Yessir. But if shit looks crazy imma try to leave a lil early. It ain't with the fight. But my homie is so ready |

| | User | | to fk up antifa lol 😂 |
|---|---|---|---|
| 2021-01-03 | Lunyk | T04:07:06Z | Lmaoo! Fuck it we gonna murder these mothafuckaz 🤣 🤣 |

| THREAD ID 446427666753605 INSTAGRAM (Lunyk and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-12-08 | Lunyk | T02:22:38Z | Biden can't get inaugurated bro it just cannot happen |

| THREAD ID 426502975408372 INSTAGRAM (Lunyk and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2021-01-03 | Lunyk | T23:09:20Z | I'm excited about dc this week though |
| 2021-01-03 | Lunyk | T23:09:35Z | Hopefully after this we can open this shit back up and go off |
| 2021-01-07 | Lunyk | T02:04:13Z | I'm getting locked up apparently lmaoooo |
| 2021-01-07 | Lunyk | T02:37:39Z | The cops literally let us in tho... and guided us throughout the capitol building |

| THREAD ID 426155605441637 INSTAGRAM (Lunyk and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2021-01-04 | Lunyk | T04:35:44Z | So the first rally I went to was organized by Alex Jones, basically trump and his administration literally call Alex Jones to consult on what he should do next, that rally was basically a call to awareness and to take a stand and show the rest of the country how much love this man gets and that we have Strength in numbers |
| 2021-01-07 | Lunyk | T20:02:48Z | Lmao! Why am I all over Twitter... I'm not even a neo nazi |
| 2021-01-07 | Lunyk | T20:02:58Z | And I'm not nick fuentes... and I committed no crimes |

| THREAD ID 445376806852850 INSTAGRAM (Lunyk and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2021-01-05 | Lunyk | T22:09:29Z | We leaving tonight |
| 2021-01-05 | Lunyk | T22:10:35Z | Nobody's gonna attack you there's so many of us there |
| 2021-01-05 | Lunyk | T22:10:38Z | They can't even touch us |
| 2021-01-06 | Lunyk | T00:32:46Z | And enrique tarrio (the president of the proud boys) got a phone call as he was about to start eating dinner, he didn't even touch his food, gathered the troops and patrolled the streets of dc into the next morning clearing out freedom plaza and blm plaza |
| 2021-01-06 | Lunyk | T21:00:39Z | You stayed by the trump stage or you made it to the capital building |
| 2021-01-06 | Lunyk | T21:16:19Z | This shit got WILD |
| 2021-01-06 | Lunyk | T21:16:24Z | I got some insane footage |
| 2021-01-07 | Lunyk | T00:06:56Z | Yessss when I went to maga million march there was so |

| | | | much antifa there and this time nothing... why? Cause they were incognito as trump supporters, I honestly am at a loss for words I don't know what's gonna happen I can't even begin to make a predictions |

| THREAD ID 482483079820848 INSTAGRAM (Lunyk and other Instagram user) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2021-01-06 | Lunyk | T20:57:59Z | I'm actually here and nobody attacked the police, when we got into the capital building they let us browse around and stuff they were mad cool, the people that took it too far and provoked the police (2 people) got shot, which serves them right we didn't come here to violate like that, but when antifa was physically burning cities to the ground nobody batted an eye🤷 just food for thought |
| 2021-01-06 | Lunyk | T21:04:52Z | Well we got cheated and I understand the people frustration but I agree that destroying shit shouldn't happen, and the police shouldn't have been provoked |
| 2021-01-06 | Lunyk | T21:05:01Z | This was an entirely unfair election |

| THREAD ID 471392240925805 INSTAGRAM (Lunyk and other Instagram user) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2021-01-06 | Lunyk | T21:03:44Z | BRO THIS SHIT IS CRAZYYYY |
| 2021-01-06 | Lunyk | T23:37:14Z | The police literally said you guys can go in browse around and depart which is what we did |
| 2021-01-07 | Lunyk | T00:14:20Z | I just walked into one of the rooms that they allowed us into and this guy was on live |
| 2021-01-07 | Lunyk | T00:14:26Z | And saying funny stuff |
| 2021-01-07 | Lunyk | T00:14:33Z | And I just happened to be in the shot |
| 2021-01-07 | Lunyk | T00:14:40Z | Laughing lmfao |
| 2021-01-07 | Lunyk | T00:15:03Z |  |
| 2021-01-07 | Other Instagram user | T00:16:09Z | IM SO CONFUSED the news is saying people like stormed the capitol and were like running wild in it |
| 2021-01-07 | Lunyk | T00:16:42Z | That did happen but it's not confirmed that it was trump supporters because... |
| 2021-01-07 | Lunyk | T00:17:30Z | And the police literally opened the barricade for us... |

| 2021-01-07 | Lunyk | T00:17:50Z | It's actually crazy to be there and then see all the lies |
| 2021-01-07 | Lunyk | T00:21:31Z | Yea always safe we don't do stupid shit, cause it makes trump look bad if we do |

### THREAD ID 475997460467761 INSTAGRAM (Lunyk and other Instagram user)

| Date | Sender | Time | Content |
| --- | --- | --- | --- |
| 2021-01-06 | Lunyk | T23:44:44Z | That shit was so amazing but then got a little crazy |

### THREAD ID 485464052854339 INSTAGRAM (Lunyk and other Instagram user)

| Date | Sender | Time | Content |
| --- | --- | --- | --- |
| 2021-01-07 | Lunyk | T00:31:09Z | Walked in because the police escorted people through... said you can walk in, check out the first floor and depart through the next exit... |

### THREAD ID 501036164627550 INSTAGRAM (Lunyk and other Instagram user)

| Date | Sender | Time | Content |
| --- | --- | --- | --- |
| 2021-01-07 | Other Instagram User | T12:18:03Z | You are in a meme now |
| 2021-01-07 | Lunyk | T12:19:02Z | Lmaoo let's keep it on the low for now Idk wtf is gonna happen |
| 2021-01-07 | Other Instagram User | T12:20:24Z | What you think it could cause issues for you? |
| 2021-01-07 | Lunyk | T17:12:04Z | A lot of people are talking about federal prosecution for everybody in the capitol |
| 2021-01-07 | Lunyk | T17:12:16Z | But I didn't break anything or destroy anything or antagonized the cops |

### THREAD ID 478590723531458 INSTAGRAM (Lunyk and other Instagram user)

| Date | Sender | Time | Content |
| --- | --- | --- | --- |
| 2021-01-07 | Lunyk | T20:53:54Z | DC was fucking incredible yesterday man |
| 2021-01-07 | Lunyk | T20:54:06Z | Absolute mayhem but a good kind of mayhem |
| 2021-01-07 | Lunyk | T20:54:10Z | Millions of people |
| 2021-01-07 | Lunyk | T20:55:36Z | Pence is a pussy |
| 2021-01-07 | Lunyk | T20:56:01Z | Rudy Giuliani did a whole speech about how he has full constitutional power to do that and pence said he can't |
| 2021-01-07 | Lunyk | T20:56:03Z | Fucking loser |

| THREAD ID 478590723531458 INSTAGRAM (Lunyk and other Instagram user) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2021-01-08 | Lunyk | T14:31:57Z | This is what happens when you play games with TRUE PATRIOTS we didn't go into the capitol with intent to harm or destroy or vandalize, that was all antifas doing |

| THREAD ID 475325403864021 INSTAGRAM (Lunyk and other Instagram user) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2021-01-09 | Lunyk | T16:01:35Z | This was in way shape or form a fair election... this dementia filled moron couldn't fill 7 hula hoops... trump brought out hundreds of thousands and then millions, U can't actually believe pedophile joe Biden won the election and had more votes than Obama did? Are you insane ? |
| 2021-01-09 | Lunyk | T16:02:01Z | But the thing is antifa started the violence at the capitol.... |
| 2021-01-09 | Lunyk | T16:02:14Z | Trunk supporters and true patriots were beating the shit out of them |
| 2021-01-09 | Lunyk | T20:36:21Z | What I am worried about is our freedoms stripped from us when we become a Chinese led socialist country with "equality for everyone" |

| THREAD ID 478590736864790 INSTAGRAM (Lunyk and other Instagram user) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2021-01-09 | Lunyk | T18:16:02Z | You do realize that the Supreme Court TURNED DOWN TEXAS' lawsuit to re certify the ballots? With 19 OTHWR STATES BACKING TEXAS? |
| 2021-01-09 | Lunyk | T18:16:16Z | The Supreme Court failed to adhere to the constitution |
| 2021-01-09 | Lunyk | T18:16:31Z | This was literally the biggest motion in US history and they didn't even bother to look at the case |
| 2021-01-09 | Lunyk | T18:24:21Z | Kamala Harris and joe Biden are not good for America, our freedoms will be stripped, they are implement a global government with a new world order |

| **Public Instagram Comments** | | | | |
|---|---|---|---|---|
| **To** | **Date** | **Poster** | **Time** | **Content** |
| **@ny_4_Trump "New York Trump Supporters"** | 2020-11-15 | Lunyk | T04:55:29Z | kill them, please kill them all, I was there all day from 7 am and not a single violent outburst until these jerk offs showed up after we started dispersing and they started targeting older patriots and women, till the proud boys got involved of course us the country is better off without these low lives |
| | 2021-01-03 | Lunyk | T23:25:04Z | @[REDACTED INSTAGRAM HANDLE] it's going to be even crazier |

| | | | | |
|---|---|---|---|---|
| | | | | than the MAGA Million match I went to, Trump is confirmed speaking at this one |
| | 2021-01-03 | Lunyk | T23:52:26 | @[REDACTED INSTAGRAM HANDLE]  ayy this is gonna be epic 🙌 |

**Appendix D:  Threads involving only Ferrigno and other Instagram users**

| THREAD ID 472121780855379 INSTAGRAM (Ferrigno and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-11-04 | Ferrigno | T15:50:45Z | Watching the voter fraud ? |
| 2020-11-04 | Ferrigno | T15:52:52Z | It's not even normal, they closed Arizona when it was only 40% counted but all the states we were leading in were 90%+ and they refuse to close them |
| 2020-11-04 | Ferrigno | T15:56:47Z | They had to wait for us to fall asleep |

| THREAD ID 523701562364067 INSTAGRAM (Ferrigno and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-11-04 | Ferrigno | T17:53:42Z | EXPOSE THE VOTER FRAUD |

| THREAD ID 583922953008594 INSTAGRAM (Ferrigno and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-11-05 | Ferrigno | T04:29:08Z | The shit we have to deal with smh, it's gonna be a fight but we got this |
| 2020-11-05 | Ferrigno | T04:32:16Z | This whole election is wrong every single state needs to be audited, the mainstream media was choosing states like New York and California when they were only 20% counted it's all bullshit but trumps not going down with out a fight and once we prove all the corruption there is gonna be a HUGE change in the country |
| 2020-11-09 | Ferrigno | T18:01:09Z | Be ready for civil war to erupt because the liberals are gonna riot |
| 2020-11-09 | Ferrigno | T18:01:56Z | Are you in NY or Florida, we're going to the Alex Jones rally in dc on Sunday |

| THREAD ID 469841927750031 INSTAGRAM (Ferrigno and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-11-06 | Ferrigno | T17:11:23Z | It's ok watch when it goes to court |
| 2020-11-06 | Ferrigno | T17:12:27Z | He's gonna win, there is a major sting operation going on right now |

| THREAD ID 559953628738860 INSTAGRAM (Ferrigno and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-11-06 | Ferrigno | T17:52:22Z | TRUMP FOR DICTATOR 2020 LETS GET IT |
| 2020-11-06 | Ferrigno | T17:53:06Z | Biden's gonna have his win for a little bit once this goes to court it's over for the liberal babies |

| THREAD ID 440523364015221 INSTAGRAM (Ferrigno and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-11-07 | Ferrigno | T21:45:18Z | Just be prepared because when this comes out and we take away the little happiness they just got there is |

| | | | going to be chaos |
|---|---|---|---|
| 2020-11-07 | Ferrigno | T21:45:33Z | Every piece of evidence of voter fraud these people say but that's not proof |
| 2021-01-06 | Ferrigno | T00:23:56Z | I have a feeling somethings gonna happen but w.e gotta support mr Trump and the country right 🤷 |
| 2021-01-06 | Ferrigno | T03:24:06Z | Let's see what happens it's gonna end up being an all out civil war |

| THREAD ID 518412272892996 INSTAGRAM (Ferrigno and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-11-15 | Ferrigno | T01:59:32Z | Make sure you view my story tomorrow I'll be at the trump rally in DC 😄 |
| 2021-01-06 | Ferrigno | T18:32:07Z | Yeah this is nothing like the million maga March that was a great experience something don't feel right about this one |
| 2021-01-06 | Ferrigno | T18:38:01Z | People are trying to break into the capitol right now |
| 2021-01-06 | Ferrigno | T18:38:19Z | Send ya videos when I get there it's so far 😄 |
| 2021-01-06 | Ferrigno | T21:42:00Z | Yeah thank god you didn't come I had no idea it was gonna be like this I thought it was gonna be like last time |
| 2021-01-06 | Ferrigno | T23:10:57Z | My entire story was magically deleted |
| 2021-01-07 | Ferrigno | T03:06:07Z | Yeah I even tried signing in on another phone and my iPad. Hopefully it's back tomorrow I have a ton of videos of this violent protest I wanna post lol |
| 2021-01-07 | Ferrigno | T03:09:38Z | Supposedly the fbi is involved now and trying to find everyone that went into the building |
| 2021-01-07 | Ferrigno | T03:25:14Z | Pence did us dirty 😩 |
| 2021-01-07 | Ferrigno | T03:26:44Z | Pence is deep state |

| THREAD ID 561097458624477 INSTAGRAM (Ferrigno and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2020-11-14 | Ferrigno | T16:04:58Z | Tell her I want to be a proud boy |

| THREAD ID 601635744570648 INSTAGRAM (Ferrigno and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2021-01-05 | Ferrigno | T22:12:02Z | Protest for the certification of legal votes |
| 2021-01-05 | Ferrigno | T22:22:56Z | Come it's gonna be sick |

| THREAD ID 441111407289750 INSTAGRAM (Ferrigno and other Instagram user) | | | |
|---|---|---|---|
| Date | Sender | Time | Content |
| 2021-01-05 | Ferrigno | T22:46:30Z | I'm going tonight and then on the 20th for trumps inauguration |
| 2021-01-05 | Ferrigno | T22:48:51Z | The election will be overturned to the right legal decision tomorrow |

| THREAD ID 441111407289750 INSTAGRAM (Ferrigno and other Instagram user) | | | |
|---|---|---|---|
| **Date** | **Sender** | **Time** | **Content** |
| 2021-01-06 | Ferrigno | T21:02:55Z | We tried there was HEAVY swat on the 2nd floor |

| **Public Instagram Comments** | | | | |
|---|---|---|---|---|
| **To** | **Date** | **Poster** | **Time** | **Content** |
| @Governor Andrew M. Cuomo, nygovcuomo | 2020-11-11 | Ferrigno | T20:32:23Z | Can you get murdered already |
| @Governor Andrew M. Cuomo, nygovcuomo | 2020-11-11 | Ferrigno | T20:32:42Z | Get murdered |
| **@ny_4_Trump "New York Trump Supporters"** | 2020-11-11 | Ferrigno | T20:34:15Z | someone murder him |